UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:05-CR-00225-PMP-LRL |
| Plaintiff, | ) | |
| vs. | ) | **ORDER** |
| THOMAS FAVA | ) | |
| Defendant. | ) | |

**IT IS ORDERED that** Defendant Thomas Fava shall reside at and participate in the program of a Residential Re-Entry Center for a period of 90 days as approved and directed by Amberleigh Valdez, United States Probation Officer.

DATED: August 23, 2011.

PHILIP M. PRO
United States District Judge